UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEPHANIE M. CRUZ ROMAN,

                Plaintiff,                  25-CV-5950 (ER) (RWL)

      - against -

                                      **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Clerk of Court is respectfully directed to provide notice of commencement of a social security action to the Social Security Administration's Office of General Counsel and the United States Attorney for the Southern District of New York and to note same on the record.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: July 22, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

1